JULES C. KLEIN, Respondent, v. NEVE DRUG STORES, INCORPORATED, and Others, Appellants, and Others, Defendants.— Motion for reargument of motion to dismiss appeal denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

NINFO MANNINO, as Administratrix, etc., Respondent, v. MALLOUF HAULAGE AND MAINTENANCE CORPORATION and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

SAM MARKMAN, Respondent, v. BROAD DEVELOPING COMPANY, INC., Appellant. ABRAHAM SCHNEIDER and Others, Defendants. LOUIS BROD, as Director of BROAD DEVELOPING CO., INC., etc., Appellant, v. SAMUEL MARKMAN, Respondent. ABRAHAM SCHNEIDER and Others, Defendants. (Consolidated Actions.) — Motion to dismiss appeal denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

MILLFIELD REALTY COMPANY, Appellant, v. EUGENE P. CATENA and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

MORRIS OXHANDLER, Respondent, v. BERRANS REALTY CO., INC., and JOSEPH BERRANS, Appellants.— Motion to dismiss appeal denied, without prejudice to a renewal upon argument of the main appeal, upon condition that appellants perfect the appeal for the January, 1931, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Motion for stay of retrial granted pending determination of the appeal from the order setting aside the verdict. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

ROSE M. PALMER, Appellant, and LILLIAN PALMER BERNSTEIN, Respondent, v. ROTARY REALTY CO., INC., and Others, Respondents.— Motion to dismiss appeal denied. The case is set down for Thursday, February 5, 1931, at which time the attorney for plaintiff, respondent, is directed to produce, from the files of the county clerk, the original records which, he claims, are not in the printed record. The court will then dispose of the appeal on the basis of the record on appeal and, in addition, the records that will be produced. Present — Hagarty, Carswell, Scudder and Tompkins, JJ.

LILLIAN POSNER, Respondent, v. VINCENZINA RUSSO and BEATRICE RUSSO, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE J. O'NEILL, Appellant.— Motion to resettle order denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

RIDGE HOLDING CORPORATION, Respondent, v. ASHTON HALL CORPORATION, Appellant, and NERDEN CONSTRUCTION CORPORATION and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

JOSEPH STEPP, by His Guardian ad Litem, PUETER STEPP, Respondent, v. ANGELINO MARINO, Appellant.— Motion for leave to produce original records granted. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Tompkins, JJ.

MARY ANKNER, Respondent, v. GEORGE T. COOK and Others, Individually